NINA LARRE DURYEA, Appellant, *v.* CHESTER B. DURYEA, Respondent.

*Duryea v. Duryea,* 87 App. Div. 633, appeal dismissed.
(Submitted June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1903, which affirmed an order of Special Term denying plaintiff's motion for an allowance for past services of her attorneys in an action for a separation.

*Herbert C. Smyth* and *Millard F. Tompkins* for appellant.

*Frederick H. Man* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.